SEALED    FILED

APR 1 8 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Criminal No. 07-40035 |
| v. | ) | VIO: Title 18, United States Code, Section 1029. |
| TAMARA SHANNE OSBURN, | ) | |
| Defendant. | ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

(FRAUDULENT USE OF ACCESS DEVICES)

On or about July 13, 2006, and continuing to on or about November 24, 2006, at East Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**TAMARA SHANNE OSBURN,**

did knowingly and with intent to defraud use one or more unauthorized access devices, that is, a J.P. Morgan Chase Visa Platinum BP credit card and a First Premier Bank credit card, and by such conduct, from on or about July 13, 2006, and ending on or about November 24, 2006, obtained approximately $1,621.35, said use affecting interstate commerce, in violation of Title 18, United States Code, Section 1029(a)(2).

A TRUE BILL,

S/Foreperson
FOREPERSON

S/Bradley Murphy for
RODGER A. HEATON
UNITED STATES ATTORNEY
SLD