# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
    Plaintiff )
 )
 ) CASE NO. 07-40035
 )
Tamara Shanne Osburn )
    Defendant )

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **11:00 AM** on **Friday, June 14, 2007** in person in Rock Island.

This matter is set for Jury Trial at 8:30 A.M. on **Monday, July 9, 2007**

at

[ ] Peoria, Illinois

[XX] Rock Island, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 7th day of May, 2007

/s/ Thomas J Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

07-40035 Osburn SO 050207.wpd