**E-FILED**

Tuesday, 15 May, 2007 04:11:17 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

**SEALED**

**FILED**

MAY 15 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **WARRANT FOR ARREST** |
| Plaintiff | ) | |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 07-40035** |
| Tamara Shanne Osburn | ) | |
| Defendant | ) | |

RECEIVED 2007 APR 24 P 2: [ ]
U.S. MARSHALS SERVICE CENTRAL ILLINOIS

TO:     THE U. S. MARSHAL and any
        AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **Tamara Shanne Osburn** and bring

him or her forthwith to the nearest magistrate judge to answer an Indictment charging him or her with

Fraudulent Use of Access Devices in violation of Title 18, United States Code, Section(s) 1029(a)(2) .


**JOHN M. WATERS**
Name of Issuing Officer

**CLERK U.S. DISTRICT COURT**
Title of Issuing Officer


S/John M. Waters        ,
Signature of Issuing Officer

4/18/07 at Rock Island, IL
Date and Location

Bail fixed at $ <u>NONE</u> by U.S. Magistrate Judge John A. Gorman.

| RETURN | |
|---|---|
| This warrant was received and executed with the arrest of the above named defendant at _Rock Island_ | |

| | | | |
|---|---|---|---|
| Date Received 04/24/07 | Name of Arresting Officer _Rick Holman_ | Signature of Arresting Officer | |
| Date of Arrest 05/21/07 | Title of Arresting Officer _FBI_ | S/Larry Hollis | |